IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| Courtroom Deputy: Deborah Hansen | Date: February 27, 2015 |
| Court Reporter:   Gwen Daniel | Probation: Kyla Hamilton |
| | Time: 39 minutes |

_____

Criminal Action No.  14-cr-00364-WJM          *Counsel:*

UNITED STATES OF AMERICA,                    Bradley Giles

     Plaintiff,

v.

CRAIG SODERBERG,                             Thomas Henry

     Defendant.

_____

### COURTROOM MINUTES
_____

HEARING - SENTENCING

11:00 a.m.     Court in Session

Appearances

Defendant is present and on bond.

Oath administered to the defendant.

Sentencing Statement by Mr. Giles

Sentencing Statement by Mr. Henry

Discussion

1

The Government makes an oral motion for a third-level decrease in the offense level for acceptance of responsibility.

**ORDERED:   The Government's oral motion for a third-level decrease in the offense level for acceptance of responsibility is GRANTED.**

The Court addresses the Government's Motion for Downward Departure [22].

Statement by Mr. Giles

Statement by Mr. Henry

Discussion

**ORDERED:   The Probation Office will amend the Presentence Investigation Report.  The final Report that will go to the Bureau of Prisons will not include the referenced subparagraph under Paragraph 42 on Page 10 of the Report.**

**ORDERED:   The Government's Motion for Downward Departure [22] is GRANTED.**

Defendant's Allocution

Defendant plead guilty to Count One of the Information on October 10, 2014.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Craig Soderberg, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 30 months.**

**In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility appropriate to his security designation located within the District of Colorado.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with Residential Drug Abuse (RDAP) or a comparable substance abuse program, and that the defendant take advantage of such a program during his imprisonment.**

**ORDERED:** **Upon release from imprisonment defendant is placed on supervised release for a term of one year.**

**Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by a United States Probation Officer. Failure to submit to search may be grounds for revocation of Supervised Release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable**

**immediately.**

**ORDERED: Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal both his conviction and sentence imposed except in very limited circumstances.

The Government does not object to voluntary surrender.

The Court enters findings on the record.

**The Court finds by clear and convincing evidence that the defendant's conditions of release reasonably assure that he will not flee or pose a danger to the safety of the community. It is, therefore,**

**ORDERED that the defendant, Craig Soderberg, surrender at the institution designated by the Bureau of Prisons on the 3rd of April 2015 at 12:00 noon.**

**IT IS FURTHER ORDERED that the defendant's bond is continued and all conditions set forth in the Magistrate Judge's Order Setting Conditions of Release shall continue to apply.**

11:39 a.m.   Court in Recess
             Hearing concluded